In the Matter of the Estate of JOSE MARIA MORA, Deceased.

Surrogate's Court, New York County, ———— 1928.

*Momsen & Freeman*, for the petitioner.

*N. Joseph Slicken*, for the public administrator.

O'BRIEN, S. All of the legatees represented by the attorney-in-fact who applies for letters of administration c. t. a., are aliens, not inhabitants of this State. They are, therefore, incompetent to receive letters (Surrogate's Court Act, § 94, subd. 3); and cannot designate another to receive letters for them (Surrogate's Court Act, § 118; *Matter of Kroog*, 84 Misc. 676, 683.) Letters will be

awarded to the public administrator who has appeared herein for the purpose of requesting their issuance to him. Submit decree on notice accordingly.